**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01626-RBJ-KLM

TIFFANY CORDOVA,

        Plaintiff,

v.

CACH, LLC, a Colorado limited liability company,

        Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

*[signature: Brooke Jackson]*

8/6/2012                                        _____
DATE                                          U.S. DISTRICT JUDGE